IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BURT LEON SETTS,

        Petitioner,

v.                                                                         4:05cv77-WS

JAMES V. CROSBY,

        Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed May 16, 2005.  See Doc. 7.  The magistrate judge recommends that the petitioner's motion for relief under Fed. R. Civ. P. 60(b)(3) be denied.  The petitioner has filed objections (doc. 11) to the magistrate judge's report.

Having carefully considered the record in light of the objections, this court has determined that the petitioner's petition for writ of habeas corpus must be denied for the reasons given by the magistrate judge.

Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 7) is hereby ADOPTED and incorporated by reference into this order.

2.  The petitioner's motion (doc. 1) for relief under Fed. R. Civ. P. 60(b)(3) is hereby DENIED.

3.  The clerk shall enter judgment accordingly.

DONE AND ORDERED this June 17, 2005.


/s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE