UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BURT SETTS

    VS                                  CASE NO. 4:05cv77-WS/WCS

JAMES V. CROSBY

## REFERRAL AND ORDER

The motion/pleading was filed by plaintiff on 06/23/2005 (document #15), and referred to Magistrate Judge William C. Sherrill on 06/23/2005.

Summary of motion/pleading: OBJECTION TO REFERRAL AND ORDER

WILLIAM M. MCCOOL, CLERK OF COURT

_s/ Angie Maxwell_
DEPUTY CLERK

---

## ORDER OF COURT

Upon consideration of the foregoing, it is **ORDERED** this 13th day of July, 2005, the requested relief is treated as an objection to doc. 12 and **DENIED as MOOT.** Petitioner was advised that his arguments must be made by objection to the report and recommendation, doc. 7, p. 4; doc. 12. He filed objections, the recommendation was adopted, and judgment entered. Docs. 11, 13, and 14.

_S/ William C. Sherrill_
UNITED STATES MAGISTRATE JUDGE